IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN ALSTON | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| ANDREW SAUL, | : | |
| Commissioner of Social Security | : | NO. 20-1031 |

## ORDER

**AND NOW**, this 27th day of July, 2021, upon careful and independent consideration of the administrative record, briefs in support of review filed by Plaintiff, and Defendant's response, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge that was filed on May 12, 2021, to which no objections have been filed, **IT IS HEREBY ORDERED** as follows:

1. The Report and Recommendation (Docket No. 23) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **GRANTED**;

3. The case is **REMANDED** to the Commissioner of the Social Security Administration in accordance with the fourth sentence of 42 U.S.C. § 405(g) for further proceedings consistent with the Magistrate Judge's Report and Recommendation;

4. The decision of the Commissioner is **REVERSED** for the purposes of this Remand only; and

5. The Clerk of Court is directed to mark this case closed.

BY THE COURT:

/s/ John R. Padova
_____
John R. Padova, J.